UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DARRELL LEE INGMIRE-LOPEZ,<br><br>  Plaintiff,<br>v.<br><br>WHATCOM COUNTY JAIL, et al.,<br><br>  Defendants. | Case No. 2:22-cv-01606-RAJ-TLF<br><br>ORDER EXTENDING DEADLINE TO SIGN ACKNOWLEDGMENT AND AUTHORIZATION OR PAY FILING FEE |

This Court previously issued an order dated June 26, 2023, directing that on or before July 24, 2023, plaintiff either: (1) cure his *in forma pauperis* (IFP) application deficiency by signing the "Acknowledgement and Authorization" portion of the IFP application; or (2) pay the filing fee in full. The order stated that if plaintiff fails to either pay the filing fee in full or cure the IFP deficiency by signing and submitting the "Acknowledgment and Authorization" by July 24, 2023, the Court will consider this an indication that plaintiff does not intend to proceed with the action, and the Court will vacate the order granting IFP and recommend dismissing the action without prejudice. Dkt. 27.

On July 5, 2023, plaintiff requested recusal of the undersigned Magistrate Judge. Dkt. 28. The undersigned declined to voluntarily recuse and referred the matter to Chief District Court Judge David G. Estudillo as required by Local Civil Rule 3(e). Dkt. 29. By

ORDER EXTENDING DEADLINE TO SIGN
ACKNOWLEDGMENT AND AUTHORIZATION OR PAY
FILING FEE - 1

order dated August 22, 2023, Chief Judge Estudillo affirmed the Magistrate Judge's decision declining to voluntarily recuse. Dkt. 31.

In light of Chief Judge Estudillo's order, the Court hereby ORDERS:

(1) The July 24, 2023, deadline established in this Court's June 26, 2023, order (Dkt. 27) is hereby extended to **September 15, 2023**.

(2) On or before **September 15, 2023**, plaintiff shall either: (1) cure his IFP application deficiency by signing the "Acknowledgement and Authorization" portion of the IFP application (included as an attachment to this order); or (2) pay the filing fee in full. If plaintiff fails to either pay the filing fee in full or cure the IFP deficiency by signing and submitting the "Acknowledgment and Authorization" by **September 15, 2023**, the Court will consider this an indication that plaintiff does not intend to proceed with the action, and the Court will vacate the order granting IFP and recommend dismissing the action without prejudice.[1]

Dated this 31st day of August, 2023.

Theresa L. Fricke
United States Magistrate Judge

---

[1] The Court notes that on May 16, 2023, plaintiff submitted a document titled "amendment" which appears may be intended as a proposed amended complaint; on June 15, 2023, plaintiff submitted a document titled "motion for order to correct"; and on August 29, 2023, plaintiff submitted a motion for summary judgment. Dkts. 25, 26, 32. The Court declines to review these documents, because they are prematurely submitted. Until plaintiff either pays the filing fee in full or corrects the deficiency in his IFP application by filing a signed "Acknowledgment and Authorization" portion of the IFP application, neither plaintiff's complaint, nor any other submitted document, would be properly filed in the case for the Court to review.

ORDER EXTENDING DEADLINE TO SIGN
ACKNOWLEDGMENT AND AUTHORIZATION OR PAY
FILING FEE - 2