UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARRELL LEE INGMIRE-LOPEZ,

                Plaintiff,

    v.

WHATCOM COUNTY JAIL, et al.,

                Defendants.

Case No. 2:22-cv-01606-RAJ-TLF

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Theresa L. Fricke, United States Magistrate Judge:

The Court notes that plaintiff has filed a notice of appeal with respect to the Court's order on motion for recusal (Dkt. 31) and order extending deadline to sign acknowledgment and authorization or pay filing fee (Dkt. 33). The Clerk is directed to re-note plaintiff's motion for order (Dkt. 26) and motion for summary judgment (Dkt. 32) to October 30, 2023, while the Ninth Circuit takes the next steps concerning plaintiff's notice of appeal.

Dated this 27th day of September, 2023.

                                      <u>Ravi Subramanian</u>
                                      Clerk of Court

                               By: s/Michael Williams
                                    Deputy Clerk

MINUTE ORDER - 1