UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARRELL LEE INGMIRE-LOPEZ,

           Plaintiff,

v.

WHATCOM COUNTY JAIL, et al.,

           Defendants.

Case No. 2:22-cv-01606-RAJ-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The order granting plaintiff's application to proceed *in forma pauperis* (IFP) (Dkt. 20) is vacated and plaintiff's IFP status is revoked. The Clerk is directed to refund any funds taken from plaintiff's prison trust account pursuant to the order granting IFP in this case.

(3) The action is dismissed without prejudice for failure to prosecute and for failure to state a claim.

(4) Plaintiff's "motion for order to correct" (Dkt. 26) and "motion for summary judgment" (Dkt. 32) are denied.

Dated this 12th day of December, 2023.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 2